IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
     v.                     )        2:07cr66-MHT
                            )            (WO)
BOBBY STOKES, JR.           )
```

ORDER

Upon consideration of the Retroactivity Screening Panel's recommendation (doc. no. 93), the court has concerns about the Panel's conclusion. As defendant Bobby Stokes, Jr. would benefit from counsel to represent him on this matter, it is ORDERED that the clerk of the court is to arrange for the appointment of counsel for defendant Stokes.

DONE, this the 2nd day of November, 2015.

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE