IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:07cr66-MHT |
| | ) | (WO) |
| BOBBY STOKES, JR. | ) | |

ORDER

Based on the representations made on the record on November 13, 2015, it is ORDERED as follows:

(1) The recommendation of the Retroactivity Screening Panel (doc. no. 93) is set for submission, without oral argument, on November 27, 2015.

(2) The government is to file, by no later than noon on November 23, 2015, a brief stating its position on whether <u>United States v. Glover</u>, 686 F.3d 1203 (11th Cir. 2012), or Amendment 780, U.S.S.G. § 1B1.10(c), controls as to the eligibility of the defendant (who originally received a sentence below the applicable statutory mandatory minimum on the basis of a government motion for a downward departure to reflect

substantial assistance) for a further sentence reduction under 18 U.S.C. § 3582(c)(2).

(3) Defense counsel is to file a response by no later than noon on November 27, 2015.

DONE, this the 16th day of November, 2015.

                                         /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE